IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
AUG 20 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>(01) DAVID VILLEGAS,<br><br>　　Defendant. | CRIMINAL NO. MO:25-CR-124(01)-DC |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, DAVID VILLEGAS, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 20th day of August, 2025.

_____     _____
DAVID VILLEGAS                                      JOHN VELASQUEZ
Defendant                                                   Attorney for Defendant

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

August 20, 2025                         By: _____
DATE                                              PATRICK SLOANE
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　400 West Illinois, Suite 1200
　　　　　　　　　　　　　　　Midland, TX 79701